# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN W. SHANNON**, | : | CIVIL ACTION NO. 1:06-CV-0096 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **GANNETT FLEMING, INC.**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 15th day of June, 2006, upon consideration of the interrogatories and request for production of documents (Docs. 14, 15), filed by Attorney Robert S. Mirin, counsel for plaintiff, and it appearing that the documents were not filed pursuant to the Federal Rules of Civil Procedure or upon order of the court, see L.R. 5.4(b) ("Interrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties but shall not be filed with the court except as authorized by a provision of the Federal Rules of Civil Procedure or upon order of the court."), it is hereby ORDERED that the interrogatories and request for production of documents (Docs. 14, 15) are STRICKEN from the docket.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge